[redacted]

48 So.2d 445

**Howard USREY v. STATE.**

**7 Div. 78.**

Supreme Court of Alabama.

Oct. 26, 1950.

[redacted]

A. A. Carmichael, Atty. Gen., and Bernard F. Sykes, Asst. Atty. Gen., for the petition.

Ellis & Fowler, of Columbiana, opposed.

FOSTER, Justice.

Petition of the State, by its Attorney General, for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Usrey v. State, Ala.App., 48 So.2d 443.

We have examined the petition in connection with the opinion of the Court of Appeals, and we are of the opinion that the petition is without merit.

Writ denied.

BROWN, LIVINGSTON, LAWSON, SIMPSON and STAKELY, JJ., concur.